MAYNOR v. ONSLOW COUNTY

No. 422A97

Case below: 127 N.C.App. 102

Notice of appeal by plaintiff pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 2 October 1997.

MILNER v. LITTLEJOHN

No. 307P97

Case below: 126 N.C.App. 184

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

MURRAY v. WISTERIA BUILDER

No. 317P97

Case below: 126 N.C.App. 437

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

MUSE v. BRITT

No. 373P97

Case below: 344 N.C. 632
                123 N.C.App. 357

Petition by petitioner (Muse) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 October 1997.

NASH COUNTY DEPT. OF SOCIAL SERVICES v. BEAMON

No. 346P97

Case below: 126 N.C.App. 536

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.